■ In the Matter of JAMES OWENS, Petitioner, v ARNOLD LIM, as Judge of the Kings County Family Court, Respondent. [823 NYS2d 677]—Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent Arnold Lim, a Judge of the Family Court, Kings County, to decide a motion for "Modification of Placement and to Vacate a Jurisdictional Defective Order," in a proceeding in that court entitled *Matter of Jessica K.*, pending under docket No. NN-20366/04, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction (*see* CPLR 7804 [b]; 506 [b]) to entertain this proceeding. Crane, J.P., Ritter, Rivera and Lunn, JJ., concur.